**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N'Genuity Enterprises Co., an Arizona corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Pierre Foods, Inc., et al, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CV-09-385-PHX-GMS <br><br> **ORDER** |

Pending before the Court is Plaintiff's Motion for Clarification And/Or for Reconsideration (Dkt. # 48). Pursuant to Arizona Local Rule of Civil Procedure 7.2(g)(2),

**IT IS HEREBY ORDERED** that Defendants file a response to the Motion on or before **October 22, 2009**.

DATED this 2nd day of October, 2009.

G. Murray Snow
United States District Judge